FILED: September 3, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4092

(2:13-cr-00274-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

WILLIE SLOCUM, JR.

      Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion for leave to file DVD exhibits, with four copies of the proposed discs.

The Court grants the motion and accepts the proposed discs for filing as an exhibit volume of the joint appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk